# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY, | 1:12-cv-01200-MJS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | (ECF No. 3) |
| SUSAN HUBBARD, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a former state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

On July 23, 2012, Plaintiff filed a motion to proceed in forma pauperis. Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:    July 25, 2012           /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE