# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN HUBBARD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE No.   1:12-cv-01200-MJS (PC)<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR: STATUS; A DATE FOR SCREENING; AND, ISSUANCE OF SUMMONS<br><br>(ECF No. 10) |

　　　　Plaintiff Raymond Baldhosky is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action filed July 23, 2012 pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

　　　　Pending before the Court is Plaintiff's Motion seeking: case status; a date for screening; and, issuance of summons. (ECF No. 10.)

　　　　The Court has not yet screened Plaintiff's Complaint. The Court is aware of Plaintiff's case, and his Complaint is in line for screening. 28 U.S.C. § 1915(e)(2); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1991), cert. denied, 506 U.S. 915

(1992). However, the Court has a large number of such civil rights cases pending before it and will screen Plaintiff's Complaint in due course. Until such time as the Court has screened Plaintiff's Complaint, no further action is required or appropriate.

The Court will direct the United States Marshal to serve Plaintiff's Complaint only after the Court has screened it and determined that it contains cognizable claims for relief against the named Defendants.

Accordingly, for the reasons stated above it is HEREBY ORDERED that Plaintiff's Motion (ECF No. 10) be GRANTED IN PART (insofar as the foregoing constitutes a report of status) and DENIED IN PART (i.e., denied as to the request for a date for screening and issuance of summons).

IT IS SO ORDERED.

Dated: June 9, 2013          /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE