1
2
3
4
5
6
7        UNITED STATES DISTRICT COURT
8          EASTERN DISTRICT OF CALIFORNIA
9
10   RAYMOND BALDHOSKY,                    CASE No.      1:12-cv-01200-MJS (PC)

11              Plaintiff,                 ORDER GRANTING IN PART AND
                                           DENYING IN PART PLAINTIFF'S MOTION
12       v.                                FOR: STATUS; A DATE FOR SCREENING;
                                           AND, ISSUANCE OF SUMMONS
13   SUSAN HUBBARD, et al.,
14              Defendants.                (ECF No. 10)
15   _____/
16
17
18       Plaintiff Raymond Baldhosky is a former state prisoner proceeding pro se and in
19   forma pauperis in this civil rights action filed July 23, 2012 pursuant to 42 U.S.C. §
20   1983. (ECF No. 1.)
21        Pending before the Court is Plaintiff's Motion seeking: case status; a date for
22   screening; and, issuance of summons. (ECF No. 10.)
23       The Court has not yet screened Plaintiff's Complaint. The Court is aware of
24   Plaintiff's case, and his Complaint is in line for screening. 28 U.S.C. § 1915(e)(2);
25
26   Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1991), cert. denied, 506 U.S. 915
27

-1-

(1992). However, the Court has a large number of such civil rights cases pending before it and will screen Plaintiff's Complaint in due course. Until such time as the Court has screened Plaintiff's Complaint, no further action is required or appropriate.

The Court will direct the United States Marshal to serve Plaintiff's Complaint only after the Court has screened it and determined that it contains cognizable claims for relief against the named Defendants.

Accordingly, for the reasons stated above it is HEREBY ORDERED that Plaintiff's Motion (ECF No. 10) be GRANTED IN PART (insofar as the foregoing constitutes a report of status) and DENIED IN PART (i.e., denied as to the request for a date for screening and issuance of summons).

IT IS SO ORDERED.

Dated:   June 9, 2013          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE