UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>        Plaintiff,<br><br>    v.<br><br>KEN CLARK, Warden; A. ENENMOH, M.D., Chief Medical Officer; NGUYEN, M.D.; OLGA VEREGOVSKAYA, M.D.; METTS, M.D.; T. BYERS; L. PETERS; T. GROSSI; L. SCHAPER; RUFF; INDINDES; AMANDA KAYLOR; DIANNA DUNN; CRUM; and DOES 1-50,<br><br>        Defendants. | CASE NO. 1:12-cv-01200-MJS (PC)<br><br>**ORDER GRANTING MOTION TO FILE ELECTRONICALLY**<br><br>**(ECF NO. 27)** |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action. Before the Court is Plaintiff's motion for permission to file electronically. (ECF No. 27.) Pursuant to Eastern District of California Local Rule 133(b)(2), "[a]ny person appearing pro se may **not** utilize electronic filing except with the permission of the [assigned judge]." (Emphasis in original.) A request to file electronically must set out an explanation for the exception. E.D. Local Rule 133(b)(3).

Plaintiff asks that the Court permit him to file electronically because he is a paraplegic and has mobility issues. He asserts that it is difficult to venture to the local post office or Federal Express office to mail paper copies of his filings, and it is not always possible to find someone to mail the documents for him. He affirms that he has the technical requirements to file electronically.

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion to file electronically (ECF No. 27) is GRANTED **subject, however, to Plaintiff first complying with the following prerequisites:**

The Clerk of the Court shall mail to Plaintiff a "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service" form for Plaintiff to sign and return to the Clerk along with his email address.

Plaintiff must continue to file all documents in paper form until he signs and returns the said Petition and is issued a login and password and provides his email address.  Plaintiff must maintain a working email address.

IT IS SO ORDERED.

Dated:   November 6, 2015          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE