UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>       Plaintiff,<br><br>  v.<br><br>SUSAN HUBBARD, et al.,<br><br>       Defendants. | **CASE No. 1:12-cv-01200-LJO-MJS**<br><br>**ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER AND TRIAL SCHEDULING ORDER TO DEFENDANT NGUYEN** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On May 4, 2016, the Court screened Plaintiff's third amended complaint and found that it stated cognizable claims against ten defendants: Dr. Gonzalez, Dr. Nguyen, Dr. Metts, Physician's Assistant L. Peters, Physician's Assistant T. Byers, Nurse T. Grossi, Nurse Ruff, Nurse Dunn, Nurse Indindes, and Nurse Amanda Kaylor. (ECF No. 31.)

The Court issued a Discovery and Scheduling Order on April 27, 2017. (ECF No. 86.) The Court issued a Trial Scheduling Order on May 16, 2017. (ECF No. 101.) Defendant Nguyen has now appeared in this action. The Discovery and Scheduling Order and Trial Scheduling Order terms are HEREBY EXTENDED to Defendant Nguyen.

IT IS SO ORDERED.

Dated:   July 2, 2017          /s/ *Michael J. Seng*

                                     UNITED STATES MAGISTRATE JUDGE