UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUSAN HUBBARD, et al.,<br><br>　　　　Defendant. | CASE NO. 1:12-cv-01200-LJO-MJS (PC)<br><br>**ORDER APPROVING STIPULATION**<br><br>**ORDER MODIFYING THE COURT'S DISCOVERY AND SCHEDULING ORDER**<br><br>(ECF Nos. 86, 127) |

Before the Court is the parties' Stipulation (ECF No. 127) to modify the discovery and scheduling order. (ECF No. 86.)

GOOD CAUSE HAVING BEEN SHOWN, the parties' joint stipulation to modify the schedule is granted. Additionally, in lieu of the previously ordered separate pretrial statements, the parties are ordered to file a joint pretrial statement by May 30, 2019.

IT IS ORDERED that the following is the modified schedule for the above captioned case:

| Event: | Modified Deadline |
|---|---|
| Initial Disclosures | 14 days after order modifying schedule |
| Non-Expert Discovery Deadline | May 4, 2018 |

| | | |
|---|---|---|
| Expert Disclosure Deadline | | May 18, 2018 |
| Rebuttal Expert Disclosure | | June 1, 2018 |
| Expert Discovery Deadline | | July 1, 2018 |
| Non-Dispositive Motion Filing Deadline | | July 1, 2018 |
| Dispositive Motion Filing Deadline | | August 3, 2018 |
| Joint Pre-Trial Statement Filing Date | | May 30, 2019 |
| Pre-Trial Conference June 27, 2019 | | June 27, 2019 |
| Trial | | August 27, 2019 |

IT IS SO ORDERED.

Dated: December 11, 2017          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE