UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAYMOND BALDHOSKY,

        Plaintiff,

v.

SUSAN HUBBARD, et al.,

        Defendants.

CASE No. 1:12-cv-01200-LJO-MJS

**ORDER EXTENDING APPLICABILITY OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS RUFF AND DUNN**

Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On May 4, 2016, the Court screened Plaintiff's third amended complaint and found that it stated cognizable claims against ten defendants: Dr. Gonzalez, Dr. Nguyen, Dr. Metts, Physician's Assistant L. Peters, Physician's Assistant T. Byers, Nurse T. Grossi, Nurse Ruff, Nurse Dunn, Nurse Indindes, and Nurse Amanda Kaylor. (ECF No. 31.)

Defendants Ruff and Dunn have now appeared in this action. Accordingly, the terms of the Court's scheduling orders (ECF Nos. 86, 101), as modified by stipulation and order (ECF No. 129), are HEREBY EXTENDED to Defendants Ruff and Dunn.

IT IS SO ORDERED.

Dated:   <u>January 4, 2018</u>       /s/ *Michael J. Seng*

                                          UNITED STATES MAGISTRATE JUDGE