UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>                   Plaintiff,<br><br>        v.<br><br>SUSAN HUBBARD, et al.,<br><br>                   Defendants. | CASE No. 1:12-cv-01200-LJO-MJS<br><br>**ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT IDENDI** |

Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On May 4, 2016, the Court screened Plaintiff's third amended complaint and found that it stated cognizable claims against ten defendants: Dr. Gonzalez, Dr. Nguyen, Dr. Metts, Physician's Assistant L. Peters, Physician's Assistant T. Byers, Nurse T. Grossi, Nurse Ruff, Nurse Dunn, Nurse Indendi,[1] and Nurse Amanda Kaylor. (ECF No. 31.)

On December 12, 2017, the Court issued an Order Modifying the Discovery and Schedule Order. (ECF No. 129.) Defendant Indendi has now appeared in this action. The terms of the Modified Discovery and Scheduling Order are HEREBY EXTENDED to Defendant Indendi.

IT IS SO ORDERED.

Dated: January 29, 2018          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Erroneously named in the complaint as Nurse Indindes. Hereinafter Defendant Indendi.