# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND BALDHOSKY,** | 1:12-cv-01200-LJO-MJS |
| Plaintiff, | **ORDER MODIFYING THE SCHEDULE** |
| v. | |
| **SUSAN HUBBARD, et al.,** | Complaint Filed: July 23, 2012 |
| | CTRM: 6 |
| Defendants. | Judge: Hon. Michael J. Seng |

Before the Court is the parties' Stipulation and [Proposed] Order to Modify the Schedule.

GOOD CAUSE HAVING BEEN SHOWN, the parties' joint stipulation to modify the schedule is granted.

IT IS ORDERED that the following is the modified schedule for the above captioned case:

| Event: | Modified Deadline: |
|---|---|
| Non-Expert Discovery | June 14, 2018 |
| Expert Disclosure | June 29, 2018 |
| Rebuttal Expert Disclosure | July 13, 2018 |
| Expert Discovery | August 3, 2018 |
| Non-Dispo. Motion Filing | September 7, 2018 |
| Dispositive Motion Filing | October 5, 2018 |
| Pre-Trial Conference | June 27, 2019 |
| Trial | August 27, 2019 |

IT IS SO ORDERED.

Dated:  **April 23, 2018**            /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE