1 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 | PAMELA J. HOLMES, State Bar No. 147360
Supervising Deputy Attorney General
3 | DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
4 | 1300 I Street, Suite 125
P.O. Box 944255
5 | Sacramento, CA 94244-2550
Telephone: (916) 210-7320
6 | Facsimile: (916) 322-8288
E-mail: Diana.Esquivel@doj.ca.gov
7 | *Attorneys for Defendants Byers, Dunn, Gonzalez, Grossi, Indendi, Kaylor, Metts, Nguyen, Peters, and Ruff*

LAW OFFICE OF KEN I. KARAN
Ken I. Karan, Esq., State Bar No. 204843
2907 Shelter Island Drive, Ste. 105-215
San Diego, CA 92106
Tel: (760) 420-5488
Fax: (866) 841-5420
E-mail: kkaran.law@gmail.com
*Attorney for Plaintiff Raymond Baldhosky*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RAYMOND BALDHOSKY,**<br><br>Plaintiff,<br><br>v.<br><br>**SUSAN HUBBARD, et al.,**<br><br>Defendants. | No. 1:12-cv-1200 LJO-JDP<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER TO EXTEND EXPERT-RELATED DEADLINES BY SEVEN DAYS**<br><br>Trial Date: August 27, 2019<br>Action Filed: July 23, 2012 |

Under Federal Rules of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their counsel of record, agree to and request a modification of the September 4, 2018 Minute Order Scheduling Deadlines (ECF No. 163) to extend the expert-related deadlines by seven days. Good cause exists to grant this stipulated request because Defendants' expert requires more time to complete his report due to his being in trial and deposition.

1

A scheduling order may be modified only upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Id.* (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment).

On August 30, 2018, the parties stipulated to, and the Court granted, an extension of the expert-related and dispositive-motion deadlines. (ECF No. 162.) The Court required the parties to disclose expert witnesses by October 9, 2018, provide rebuttal/supplemental reports no later than October 23, and complete expert discovery by November 2. (ECF No. 163.) Defendants require, and Plaintiff agreed to, a seven-day extension to disclose expert witnesses. Defendants' expert was in trial last week, and has been in deposition this week. Despite his diligent efforts, he will be unable complete his expert report by the current deadline. This short extension will allow the expert to complete his report and allow Defendants to make full and complete disclosures. Corresponding extensions of the remaining expert-discovery deadlines is needed to permit the parties sufficient time to complete expert discovery. Good cause therefore exists to modify the expert discovery deadlines as follows:

| | |
|---|---|
| Expert Disclosure | October 16, 2018 |
| Rebuttal/Supplemental Expert Disclosure | October 30, 2018 |
| Expert Discovery Closes | November 9, 2018 |

///
///
///
///
///

2
Stipulation to Modify Scheduling Order to Extend Expert-Related Deadlines (1:12-cv-1200 LJO-JDP)

The parties' proposed modification and request will not affect any other scheduling deadlines, including the dispositive-motion and trial dates.

IT IS SO STIPULATED.

Dated: October 9, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated: October 9, 2018

LAW OFFICE OF KEN I. KARAN

*/s/ Ken I. Karan*  (as authorized 10/9/18)

KEN I. KARAN
*Attorney for Plaintiff*

SA2016301191
33600671.docx

**ORDER**

Good cause appearing, the parties' stipulated request to modify the expert-related deadlines (ECF No. 163) to extend the deadlines by seven days is GRANTED.

The expert-related and dispositive-motion deadlines are modified as follows:

| | |
|---|---|
| Expert Disclosure | October 16, 2018 |
| Rebuttal/Supplemental Expert Disclosure | October 30, 2018 |
| Expert Discovery Closes | November 9, 2018 |

IT IS SO ORDERED.


IT IS SO ORDERED.

Dated: __October 9, 2018__  _____
UNITED STATES MAGISTRATE JUDGE