# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY, | OLD CASE NO: 1:12-cv-01200-LJO-JDP |
| Plaintiff, | NEW CASE NO: 1:12-cv-01200-JDP |
| v. | |
| ANGEL GONAZALES, et al., | ORDER ASSIGNING ACTION TO U.S. MAGISTRATE JUDGE FOR ALL PURPOSES PURSUANT TO THE CONSENT OF ALL PARTIES |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(c)(1), all parties have consented to the conduct before a U.S. Magistrate Judge of all further proceedings in this action, including trial and entry of judgment. Accordingly, this Court ASSIGNS this action to U.S. Magistrate Judge Jeremy D. Peterson for all further purposes and proceedings. Further papers shall bear the new case number **1:12-cv-01200-JDP.**

U.S. District Judge Lawrence J. O'Neill will take no further action in this case. Relevant deadlines will need to be reset before Magistrate Judge Peterson as necessary.

IT IS SO ORDERED.

Dated: **October 9, 2019**          /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE

1